UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>KATHLEEN GRACE,<br><br>DEFENDANT | CIVIL ACTION NO.: 1:25-cv-00226-JAW |

**STATEMENT REGARDING**

**ELIGIBILITY FOR FORECLOSURE DIVERSION PROGRAM**

NOW COMES the United States Department of Agriculture ("Plaintiff"), by and through its counsel, and respectfully submits this Statement Regarding Eligibility for the Foreclosure Diversion Program as follows:

1. On or about May 6, 2025, the Plaintiff filed a complaint for foreclosure and sale against the Defendant, Kathleen Grace (the "Defendant"), respecting the real property located at or about 35 Lombard Street, Presque Isle ME 04769 (the "Subject Property") [Dkt. No. 1].

2. On or about May 20, 2025, the Defendant was served with the Summons, Complaint and related paperwork at 301 Sweden Street, Caribou, Maine 04736 [Dkt. No. 6].

3. As of this filing, the Defendant has not filed a Response to Foreclosure Complaint and a Request for Mediation.

5. Pursuant to 14 M.R.S. 6321-A (10), the Defendant must meet each of the following criteria in order to be eligible for the Foreclosure Diversion Program:

        a)      The Subject Property must be owner occupied;

      b)      The Subject Property must be a residential property;

      c)      The Subject Property must be the primary residence of the Defendant.

6. Upon information and belief, the Defendant does not reside at the Subject Property, and it is not the primary residence of the Defendant, and therefore, the Subject Property does not meet the criteria to be included in the Foreclosure Diversion Program.

**WHEREFORE**, the Plaintiff prays that this Court determine that the Submission Order has been satisfied upon the Plaintiff's filing of this Statement Regarding Eligibility for Foreclosure Diversion Program, and that it grant such other relief as may be just and proper under the circumstances.

Dated this June 30, 2025

                                                                   /s/ *Kevin J. Crosman*
                                                                   Kevin J. Crosman, Bar No. 4279
                                                                   Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:
Kathleen Grace
301 Sweden Street,
Caribou, Maine 04736

Dated at Portland, Maine, this 17th day of June 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff