## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                    Plaintiff,<br><br>v.<br><br>**KATHLEEN GRACE**,<br><br>                    Defendant, | CASE NO. **1:25-cv-00226-JAW** |

## MOTION TO EXTEND TIME TO FILE
## MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from October 28, 2025, to November 27, 2025, as follows:

1.  Plaintiff moved for entry of default against Kathleen Grace ("Defendant") on July 17, 2025. This Court entered an order granting Default against Defendant on the same day.

2.  Since July 17, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to November 27, 2025.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to November 27, 2025, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

- 2 -

Dated at Portland, Maine this October 28, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on October 28, 2025, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Kathleen Grace
302 Sweden Street, Apt 40
Caribou, ME 04736

Dated at Portland, Maine this October 28, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff